# In The United States Bankruptcy Court
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | CHAPTER 7 |
| LAKESHA SUSANNA BARNES, | * | CASE NO.: 20-10921 |
| | * | |
| *Debtor.* | * | |
| | * | |
| LAKESHA SUSANNA BARNES, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | * | ADVERSARY NO.: 20- |
| | * | |
| GENERAL REVENUE CORP. AS AGENT | * | |
| FOR ST. LEO UNIVERSITY, | * | |
| | * | |
| *Defendant.* | * | |

### COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT

NOW COMES LAKESHA SUSANNA BARNES, Debtor in the underlying Chapter 7 case and Plaintiff herein (hereinafter "Debtor") and shows the court her Complaint to determine the dischargeability of the debt to GENERAL REVENUE CORP. AS AGENT FOR ST. LEO UNIVERSITY. Debtor asserts that the alleged debt of GENERAL REVENUE CORP. AS AGENT FOR ST. LEO UNIVERSITY is not an educational loan, benefit, scholarship or stipend excepted from discharge in his Chapter 7 case. In support of these allegations, Debtor avers the following:

1. Debtor filed this Chapter 7 case on October 27, 2020. GENERAL REVENUE CORP. AS AGENT FOR ST. LEO UNIVERSITY was listed as a creditor in Schedule E/F of the Debtor's petition.

2. Debtor attended ST. LEO UNIVERSITY and took classes for one quarter but did not graduate.

3.  The debt that GENERAL REVENUE CORP. AS AGENT FOR ST. LEO UNIVERSITY seeks to collect is for unpaid tuition.

4.  The debt for "unpaid tuition" does not constitute a "educational benefit overpayment", "loan", "benefit", "scholarship" or "stipend" under 11 U.S.C. § 523 (a)(8).

5.  The debt for "unpaid tuition" does not constitute a "obligation to repay funds" as contemplated by 11 U.S.C. § 523 (a)(8).

6.  The exception of the debt for "unpaid tuition" from discharge in the Debtor's Chapter 7 will impose an undue hardship on the Debtor.

WHEREFORE, the Debtor respectfully requests a judgment finding that the debt owed to the Defendant is subject to discharge in the Debtor's Chapter 7 case.

Respectfully submitted this 28th day of October, 2020.

LEIDEN and LEIDEN

By: _____
Wendy H. Lever
Ga. Bar No.: 342177

330 Telfair Street
Augusta, Georgia  30901
(706) 724-8548
courtinfo@leidenandleiden.com