# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Lakesha Susanna Barnes
Chapter 7  Case No. 20–10921–SDB
    *Debtor(s).*

Lakesha Susanna Barnes
    *Plaintiff(s)*

vs.

General Revenue Corp. as Agent for St. Leo University
    *Defendant(s)*

Adversary Proceeding
No. 20–01018–SDB

Wendy Heaney Lever
Leiden and Leiden, P.C.
330 Telfair St.
Augusta, GA 30901

    On October 28, 2020 , you filed an adversary proceeding in this Court.

    Part VII of the Bankruptcy Rules requires service of your complaint upon certain parties in the manner specified in Bankruptcy Rule 7004. I enclose, herewith, Summons and Notice which you should serve within seven (7) days from the date of issuance along with a copy of your complaint. <u>You are further required to file a `Certificate of Service' with the Clerk showing that such service has been made. The certificate should list each party's name and address.</u>

    **FAILURE TO TIMELY SERVE THIS SUMMONS AND NOTICE AND COMPLAINT COULD RESULT IN DISMISSAL OF SAID COMPLAINT.**

    *Lucinda Rauback, Clerk*
    United States Bankruptcy Court
    Federal Justice Center
    600 James Brown Blvd
    P.O. Box 1487
    Augusta, GA 30903

Dated **November 4, 2020**

**Enclosures**

*GASA–16[Rev. 12/14]* **CMT**