# In The United States Bankruptcy Court
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | CHAPTER 7 |
| LAKESHA SUSANNA BARNES, | * | CASE NO.: 20-10921 |
| | * | |
| *Debtor.* | * | |
| | * | |
| LAKESHA SUSANNA BARNES, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | * | ADVERSARY NO.: 20-01018 |
| | * | |
| GENERAL REVENUE CORP. AS AGENT | * | |
| FOR ST. LEO UNIVERSITY, | * | |
| | * | |
| *Defendant.* | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing SUMMONS, NOTICE, RULE 26(f) REPORT AND COMPLAINT upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Joseph E. Mitchell, III
CHAPTER 7 TRUSTEE
PO Box 2504
Augusta, GA 30903

I hereby certify that I have served a copy of the within and foregoing SUMMONS, NOTICE, RULE 26 (f) REPORT AND COMPLAINT upon the following by depositing same in the United States Mail, addressed as follows, with sufficient **CERTIFIED MAIL, RETURN RECEIPT REQUESTED** postage attached.

GENERAL REVENUE CORP. AS
AGENT FOR ST. LEO
UNIVERSITY
ATTN: OFFICER/AGENT
4660 Duke Dr. Suite 200
Mason, OH 45040

ST. LEO UNIVERSITY
ATTN: OFFICER/AGENT
33701 STATE ROAD 52
ST. LEO, FL 33574

DATED this 4th day of November, 2020.

LEIDEN and LEIDEN

By: _____
Wendy H. Lever
Counsel for Debtor/Plaintiff

Leiden & Leiden, P.C.
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com