# In The United States Bankruptcy Court
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | CHAPTER 7 |
| LAKESHA SUSANNA BARNES, | * | CASE NO.: 20-10921 |
| | * | |
| *Debtor.* | * | |
| | * | |
| LAKESHA SUSANNA BARNES, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | * | ADVERSARY NO.: 20-01018 |
| | * | |
| GENERAL REVENUE CORP. AS AGENT | * | |
| FOR ST. LEO UNIVERSITY, | * | |
| | * | |
| *Defendant.* | * | |

## APPLICATION FOR ENTRY OF DEFAULT WITH REQUEST FOR DEFAULT JUDGMENT

NOW COMES LAKESHA SUSANNA BARNES, Debtor in the above-referenced Chapter 7 case and Plaintiff in this adversary proceeding and applies to the Court for an entry of default against the Defendant. In support of this application, Debtor sets forth the following basis for the entry of default:

1. Date of Issuance of the Summons was November 4, 2020.

2. The thirty (30) day time limit applies because the court did not prescribe a different time nor did the thirty-five (35) day limit apply for filing of Answers or Motions.

3. The date of mailing of the Summons and Complaint upon the Defendant GENERAL REVENUE CORP., and ST. LEO UNIVERSITY was November 4, 2020.

4. The date of the filing of the Certificate of Service was filed with the Court November 9, 2020.

5. The Complaint was mailed by certified first class mail, return receipt requested. The United States Postal Service has verified receipt of the Complaint upon Defendant GENERAL REVENUE CORP. and ST. LEO UNIVERSITY. The date of the return receipt as to the Defendant ST. LEO UNIVERSITY is November 8, 2020 and the date of return receipt as to the Defendant GENERAL REVENUE CORP. is November 12, 2020.

6. This Application for Entry of Default was served upon the Defendant on December 8, 2020.

7. No Answer or Motion has been received within the time limit fixed by this Court.

8. To the Plaintiff's knowledge, the Defendant is not an infant, incompetent person or currently in the military service.

9. Defendant GENERAL REVENUE CORP. sent a letter to Plaintiff's attorney dated November 12, 2020 indicating that the company had deleted their tradeline from Plaintiff's credit report with the three credit reporting agencies and had closed her account on November 11, 2020 and returned the account to St. Leo University. Further, the letter from GENERAL REVENUE CORP. indicates that St. Leo University had been advised of the complaint and after review, had requested to close Plaintiff's account. A copy of this letter is attached hereto and incorporated herein as Exhibit 1.

10. That the default by the Defendant entitles the Plaintiff to the relief requested in the Complaint, in the form of a Judgment declaring that the debt owed to ST. LEO UNIVERSITY is not an educational loan, benefit, scholarship or stipend and is therefore subject to discharge in the Plaintiff's Chapter 7 case.

11. WHEREFORE, Plaintiff prays that the Application for Entry of Default be granted, and further requests that a Default Judgment be entered pursuant to Bankruptcy Rule 7055, granting the relief requested by the Plaintiff in her Complaint.

I swear and affirm that the statements herein are true and correct.

DATED this _8th_ day of December, 2020.

LEIDEN AND LEIDEN, PC

By: _____
Wendy H. Lever
GA Bar No. 3422177

330 Telfair Street
Augusta, Georgia 30901
(706)724-8548
courtinfo@leidenandleiden.com

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8th DAY OF
DECEMBER, 2020.

_____
NOTARY PUBLIC

# In The United States Bankruptcy Court

FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | CHAPTER 7 |
| LAKESHA SUSANNA BARNES, | * | CASE NO.: 20-10921 |
| | * | |
| *Debtor.* | * | |
| | * | |
| LAKESHA SUSANNA BARNES, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| vi. | * | ADVERSARY NO.: 20-01018 |
| | * | |
| GENERAL REVENUE CORP. AS AGENT | * | |
| FOR ST. LEO UNIVERSITY, | * | |
| | * | |
| *Defendant.* | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **APPLICATION FOR ENTRY OF DEFAULT WITH REQUEST FOR DEFAULT JUDGMENT** upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

CHAPTER 7 TRUSTEE (via electronic filing)     OFFICE OF THE US TRUSTEE
                                              (via electronic filing)

GENERAL REVENUE CORP. AS      ST. LEO UNIVERSITY
AGENT FOR ST. LEO             ATTN: OFFICER/AGENT
UNIVERSITY                    33701 STATE ROAD 52
ATTN: OFFICER/AGENT           ST. LEO, FL 33574
4660 Duke Dr. Suite 200
Mason, OH 45040

DATED this 8th day of December, 2020.

LEIDEN and LEIDEN

By: _____
Wendy H. Lever
Counsel for Debtor/Plaintiff

Leiden & Leiden, P.C.
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com



November 12, 2020

Lieden and Leiden
Wendy H. Lever, Esq.
330 Telfair Street
Augusta, GA 30901

File Number: 60446442

Dear Wendy H Lever, Esq.:

Thank you for contacting General Revenue Corporation (GRC) regarding your request for Lakesha Barnes. This letter is in response to the complaint to determine dischargability of a debt received in our office on October 28, 2020.

On May 13, 2020, Saint Leo University, placed Lakesha Barnes' accounts receivable debt in our office for collection.

On October 28, 2020, we received a notification from a third-party vendor of a possible bankruptcy.

On or about November 1, 2020, an update was sent to Experian, TransUnion and Equifax to delete our tradeline from Lakesha Barnes' credit report.

Upon receipt of your request, GRC made outreach to Saint Leo University to advise of complaint to determine dischargability of a debt. After review of the account, they have requested to close Lakesha Barnes' account.

We closed Lakesha Barnes' account on November 11, 2020 and returned the account to Saint Leo University.

On November 11, 2020, an additional update was sent to Experian, TransUnion, and Equifax to ensure deletion of our tradeline from Lakesha Barnes' credit report.

Should you have any additional questions regarding this, we encourage you to contact our office at (888) 719-4806 or contact Saint Leo University directly.

General Revenue Corporation

*This communication is from a debt collector.*

General Revenue Corporation • 4660 Duke Drive, Suite 200 • Mason, OH 45040-8466 • 800-234-1472
Generalrevenue.com