**IT IS ORDERED as set forth below:**



Date: January 19, 2021

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA

Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | Number <u>20-10921</u> |
| LAKESHA SUSANNA BARNES, | ) | |
|     Debtor | ) | |
| _____ | ) | |
| | ) | Adversary Proceeding |
| LAKESHA SUSANNA BARNES, | ) | Number <u>20-01018</u> |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL REVENUE CORP. AS AGENT | ) | |
| FOR ST. LEO UNIVERSITY, | ) | |
|     Defendant | ) | |
| _____ | ) | |

**DEFAULT JUDGMENT AND ORDER**

      The matter is before the Court on Plaintiff's Motion for Default Judgment. Dckt. No. 12. After due consideration, the motion for default judgment is GRANTED.

1

Defendant failed to respond to Plaintiff's Complaint and an entry of default was granted on December 15, 2020. Dckt. No. 13. As a result, the well-pled factual allegations set forth in the complaint are deemed admitted. Dckt. No. 1; <u>Nishimatsu Const. Co., Ltd. v. Houston Nat. Bank</u>, 515 F.2d 1200, 1206 (5th Cir. 1975);[1] <u>Sony BMG Music Entm't v. Lee</u>, 2007 WL 1221313, at *1 (S.D. Ga. April 23, 2007).

Therefore, IT IS HEREBY ORDERED default judgment is entered against Defendant and in favor of Plaintiff declaring the debt owed by Plaintiff to Defendant is subject to discharge in Plaintiff's chapter 7 bankruptcy case.

**[END OF DOCUMENT]**

---

[1] Fifth Circuit opinions issued prior to October 1, 1981 are binding precedent on this court. <u>Bonner v. City of Prichard</u>, 661 F. 2d 1206, 1209 (11th Cir. 1981) (en banc).

2

AO 72A
(Rev. 8/82)